# PERKINSCOIe

1155 Avenue of the Americas  T +1.212.262.6900
22nd Floor                    F +1.212.977.1649
New York, NY 10036-2711       PerkinsCoie.com

June 1, 2021

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Dilenia Paguada v. Gobble, Inc.*,
Case No. 1:21-cv-03473

**Defendant Gobble, Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Cronan:

We represent Defendant Gobble, Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until July 2, 2021. The current date by which a response to the Complaint is due is June 2, 2021. Defendant needs additional time to investigate the allegations of the Complaint and has conferred with counsel for the plaintiff, who consents to this request. Defendant has made no previous request for an extension in this matter.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:llm

cc: All Counsel of Record (via ECF)

---

This request is granted. Defendant shall answer or otherwise respond to the Complaint by July 2, 2021.

SO ORDERED.

Date: June 1, 2021
New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge

Perkins Coie LLP