# PerkinsCoie

1155 Avenue of the Americas  
22nd Floor  
New York, NY 10036-2711

T. +1.212.262.6900  
F. +1.212.977.1649  
PerkinsCoie.com

July 27, 2021

Dennis C. Hopkins  
DHopkins@perkinscoie.com  
D. +1.212.262.6916  
F. +1.212.977.1646

**VIA ECF**

Honorable John P. Cronan  
United States District Court  
Southern District of New York  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re:  *Dilenia Paguada v. Gobble, Inc.*,  
Case No. 1:21-cv-03473

**Defendant Gobble, Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Cronan:

We represent Defendant Gobble, Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until September 2, 2021. The current date by which a response to the Complaint is due is August 2, 2021. The Parties are discussing resolution of the matter and need additional time as counsel for Plaintiff is overseas with intermittent access to email. Defendant has conferred with counsel for the plaintiff, who consents to this request. Defendant has made two previous requests for extensions of time in this matter which the Court granted. Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*  
Dennis Hopkins

DCH:llm

cc:   All Counsel of Record (via ECF)

Defendant shall answer, or otherwise respond to the Complaint by September 2, 2021.

SO ORDERED.  
Date: July 28, 2021  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge

Perkins Coie LLP